**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MOOTREY, DENNIS C | § | Case No. 09-73759 |
| MOOTREY, CONSTANCE M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 04/13/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/21/2011          By:  /s/JAMES E. STEVENS
                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: MOOTREY, DENNIS C | § | Case No. 09-73759 | |
| MOOTREY, CONSTANCE M | § | | |
| | § | | |
| Debtor(s) | § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,001.75 |
| *and approved disbursements of* | $ | 3.78 |
| *leaving a balance on hand of* [1] | $ | 4,997.97 |

|  | | |
|---|---|---|
| **Balance on hand:** | $ | 4,997.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,997.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,250.18 | 0.00 | 1,250.18 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 1,050.00 | 0.00 | 1,050.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,300.18 |
| Remaining balance: | $ | 2,697.79 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 2,697.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 2,697.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,270.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rockford Anesthesiologist Associate | 88.00 | 0.00 | 4.63 |
| 2 | Lundholm Surgical Group | 713.60 | 0.00 | 37.55 |
| 3 | PYOD LLC its successors and assigns as assignee of | 280.05 | 0.00 | 14.74 |
| 4 | PYOD LLC its successors and assigns as assignee of | 2,313.88 | 0.00 | 121.75 |
| 5 | Chase Bank USA, N.A. | 857.58 | 0.00 | 45.13 |
| 6 | Us Dept Of Education | 5,438.19 | 0.00 | 286.15 |
| 7 | Wells Fargo Financial Illinois, Inc. | 703.00 | 0.00 | 36.99 |
| 8 | Us Bank/na Nd | 7,730.63 | 0.00 | 406.78 |
| 9 | FIA CARD SERVICES, NA/BANK OF | 3,541.09 | 0.00 | 186.33 |

| | | AMERICA | | | |
|---|---|---|---|---|---|
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 5,962.02 | 0.00 | 313.72 |
| 11 | PNC Bank | 9,296.28 | 0.00 | 489.16 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,935.22 | 0.00 | 101.83 |
| 13 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 779.82 | 0.00 | 41.03 |
| 14 | PRA Receivables Management, LLC | 11,630.64 | 0.00 | 612.00 |

Total to be paid for timely general unsecured claims:   $   2,697.79
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-73759-MB
Dennis C Mootrey                                                    Chapter 7
Constance M Mootrey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Mar 16, 2011
                             Form ID: pdf006          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2011.
```
db           +Dennis C Mootrey,   314 Nebraska Street,   Belvidere, IL 61008-3334
jdb          +Constance M Mootrey,   314 Nebraska Street,   Belvidere, IL 61008-3334
tr           +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14392182     +American Enterprises I,   342 W. Chrysler Dr.,   Belvidere, IL 61008-6029
14392185      Apria Healthcare,   7353 Company Drive,   Indianapolis, IN 46237-9274
14392186     +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14392187     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
               Norcross, GA 30091)
14392188     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: C/O TSYS Debt Management,   P. O. Box 5155,
               Norcross, GA 30091)
14697356      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14392189     +Chase- BP,   Attention: Bankruptcy Department,   Po Box 100018,   Kennesaw, GA 30156-9204
14392190     +Childrens Place,   Attn.:  Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14392194     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,   Po Box 15522,
               Wilmington, DE 19850)
14392192     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
14392195     +Lundholm Surgical Group,   1340 Charles St.,   Rockford, IL 61104-2299
14392196     +Mohammed S. Afzal MD,   4920 E. State St.,   Rockford, IL 61108-2272
14392199     +NCB Management Services,   655 Pullman Avenue,   Rochester, NY 14615-3334
14392197     +National City,   Attn: Bankruptcy,   P. O. Box 5570,   Cleveland, OH 44101-0570
14392198      National City,   K-A16-F5,   One NCC Pkwy,   Kalamazoo, MI 49009-8003
14874676     +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
14893274     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Union,
               POB 41067,   NORFOLK VA 23541-1067
14659258     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14392200      Rockford Anesthesiologist Associate,   P. O. Box 4569,   Rockford, IL 61110-4569
14392201     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
14392202     +Silverleaf Resorts, Inc.,   1221 River Bend Drive, Ste. 120,   Dallas, TX 75247-4919
14392203     +Swedish American Hospital,   P. O. Box 4447,   Rockford, IL 61108-0947
14392204      Swedish American Medical Group,   2550 Charles St.,   P. O. Box 1567,   Rockford, IL 61110-0067
14392207     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   Attn: Bankruptcy Dept.,   P.O. Box 5229,
               Cincinnati, OH 45201)
14392208     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
               Cincinnati, OH 45201)
14392205     +Union Savings Bank,   P. O. Box 540,   Freeport, IL 61032-0540
14392209     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
14842365     +Wells Fargo Financial Illinois, Inc.,   4137 121st Street,   Urbandale, IA 50323-2310
14392210     +Wffinancial,   1115 N Salem Dr,   Schaumburg, IL 60194-1332


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: tcampbelllaw@aol.com Mar 16 2011 22:57:00   Theresa L Campbell,
               Theresa L Campbell Law Offices,   728 N. Main,   Rockford, Il 61103-7200
14885230      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2011 01:33:52
               AMERICAN INFOSOURCE LP AS AGENT FOR,   APRIA HEALTHCARE,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14392183     +E-mail/PDF: cbp@agfinance.com Mar 17 2011 01:34:36   American General Finan,
               342 W Chrysler Dr,   Belvidere, IL 61008-6029
14392184     +E-mail/PDF: cbp@agfinance.com Mar 17 2011 01:24:46   American General Financial,
               342 W. Chrysler Dr.,   Belvidere, IL 61008-6029
14863616      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2011 01:33:51
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14893243     +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2011 01:26:22
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14392191     +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2011 01:47:04   Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
14392206      E-mail/Text: bnc@ursi.com Mar 16 2011 22:57:10   United Recovery Systems,   P. O. Box 722929,
               Houston, TX 77272-2929
                                                                                       TOTAL: 8
```

```
District/off: 0752-3          User: vgossett          Page 2 of 2          Date Rcvd: Mar 16, 2011
                             Form ID: pdf006          Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
14392193      ##+Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
                                                                  TOTALS: 0, * 1, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**          **Signature:**    _Joseph Speetjens_