UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MOOTREY, DENNIS C § Case No. 09-73759
MOOTREY, CONSTANCE M §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $129,149.60 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,697.79 | Claims Discharged Without Payment: $119,922.21 |
| Total Expenses of Administration: $2,303.96 | |

3) Total gross receipts of $ 5,001.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $120,842.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,303.96 | 2,303.96 | 2,303.96 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 91,981.00 | 51,270.00 | 51,270.00 | 2,697.79 |
| **TOTAL DISBURSEMENTS** | $212,823.00 | $53,573.96 | $53,573.96 | $5,001.75 |

4) This case was originally filed under Chapter 7 on August 31, 2009.
The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2011          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household goods and furnishings | 1129-000 | 2,500.00 |
| 1998 Kenworth T800 semi-truck | 1129-000 | 2,500.00 |
| Interest Income | 1270-000 | 1.75 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Enterprises I | 4110-000 | 3,490.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts, Inc. | 4110-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Financial | 4110-000 | 11,019.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Savings Bank | 4110-000 | 83,063.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 4110-000 | 17,770.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,842.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,250.18 | 1,250.18 | 1,250.18 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.78 | 3.78 | 3.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,303.96 | 2,303.96 | 2,303.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rockford Anesthesiologist Associate | 7100-000 | 88.00 | 88.00 | 88.00 | 4.63 |
| 2 | Lundholm Surgical Group | 7100-000 | 536.00 | 713.60 | 713.60 | 37.55 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 280.05 | 280.05 | 14.74 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,313.88 | 2,313.88 | 121.75 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 799.00 | 857.58 | 857.58 | 45.13 |
| 6 | Us Dept Of Education | 7100-000 | 5,366.00 | 5,438.19 | 5,438.19 | 286.15 |
| 7 | Wells Fargo Financial Illinois, Inc. | 7100-000 | N/A | 703.00 | 703.00 | 36.99 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Claim | Allowed | Paid | Distribution |
|---|---|---|---|---|---|---|
| 8 | Us Bank/na Nd | 7100-000 | N/A | 7,730.63 | 7,730.63 | 406.78 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 3,541.09 | 3,541.09 | 186.33 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 5,962.02 | 5,962.02 | 313.72 |
| 11 | PNC Bank | 7100-000 | N/A | 9,296.28 | 9,296.28 | 489.16 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,563.00 | 1,935.22 | 1,935.22 | 101.83 |
| 13 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 779.00 | 779.82 | 779.82 | 41.03 |
| 14 | PRA Receivables Management, LLC | 7100-000 | 11,500.00 | 11,630.64 | 11,630.64 | 612.00 |
| NOTFILED | Mohammed S. Afzal MD | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 9,260.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy | 7100-000 | 16,793.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 814.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,843.00 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Place | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | NCB Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 2,242.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank/na Nd | 7100-000 | 737.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffinancial | 7100-000 | 811.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 16,945.00 | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 1,265.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Medical Group | 7100-000 | 245.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 6,867.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 9,211.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finan | 7100-000 | 4,208.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 91,981.00 | 51,270.00 | 51,270.00 | 2,697.79 |

UST Form 101-7-TDR (10/1/2010)

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-73759  
Case Name: MOOTREY, DENNIS C  
MOOTREY, CONSTANCE M  
Period Ending: 07/05/11

Trustee: (330420) JAMES E. STEVENS  
Filed (f) or Converted (c): 08/31/09 (f)  
§341(a) Meeting Date: 09/30/09  
Claims Bar Date: 01/07/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family home located at 314, Belvidere, IL | 92,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Silverleaf Resorts time share condominium, in Br | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Union savings checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Union Savings savings account | 158.00 | 0.00 | DA | 0.00 | FA |
| 5 | Union Savings - client is custodian of child's a | 921.50 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 1,730.00 | 2,500.00 | DA | 2,500.00 | FA |
| 7 | Lifetime cookware | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel for Debtor and child | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | American Family policy - no cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Merrill Lynch 401k through Walmart | 1,954.07 | 0.00 | DA | 0.00 | FA |
| 12 | Debtors own Mootrey Trucking, Inc. solely - stoc | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | Charles Herkey owes Debtor Wife child support ar | 4,836.03 | 0.00 | DA | 0.00 | FA |
| 14 | 1997 GMC pickup | 3,550.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1976 Jeep CJ7 | 4,600.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1998 Kenworth T800 semi-truck | 11,500.00 | 2,500.00 | DA | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.75 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $129,149.60 | $5,000.00 | | $5,001.75 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2010        Current Projected Date Of Final Report (TFR):    February 21, 2011 (Actual)

Printed: 07/05/2011 10:01 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73759 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOOTREY, DENNIS C | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MOOTREY, CONSTANCE M | | Account: | ***-*****95-65 - Money Market Account |
| Taxpayer ID #: | **-***9222 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/09 | {6} | Dennis or Constance Mootrey | payment non-exempt personal property and venicles | 1129-000 | 2,500.00 | | 2,500.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,500.07 |
| 01/06/10 | {16} | Dennis or Constance Mootrey | payment on personal property and vehicles | 1129-000 | 250.00 | | 2,750.07 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,750.17 |
| 02/08/10 | {16} | Dennis or Constance Mootrey | payment on personal property | 1129-000 | 250.00 | | 3,000.17 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,000.28 |
| 03/10/10 | {16} | Dennis or Constance Mootrey | payment on personal property | 1129-000 | 250.00 | | 3,250.28 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,250.42 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 3,250.44 |
| 04/06/10 | | Wire out to BNYM account 9200******9565 | Wire out to BNYM account 9200******9565 | 9999-000 | -3,250.44 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -3,250.44 | 0.00 | |
| | | | **Subtotal** | | 3,250.44 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,250.44** | **$0.00** | |

{} Asset reference(s)

Printed: 07/05/2011 10:01 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73759 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOOTREY, DENNIS C | | Bank Name: | The Bank of New York Mellon |
| | MOOTREY, CONSTANCE M | | Account: | 9200-******95-65 - Money Market Account |
| Taxpayer ID #: | **-***9222 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | Wire in from JPMorgan Chase Bank, N.A. account ********9565 | 9999-000 | 3,250.44 | | 3,250.44 |
| 04/07/10 | {16} | Dennis or Constance Mootrey | payment on pp and vehicles | 1129-000 | 250.00 | | 3,500.44 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 3,500.60 |
| 05/06/10 | {16} | Dennis or Constance Mootrey | payment on personal property | 1129-000 | 250.00 | | 3,750.60 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,750.82 |
| 06/07/10 | {16} | Dennis or Constance Mootrey | payment on personal property | 1129-000 | 250.00 | | 4,000.82 |
| 06/08/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73759, Bond #016018067 | 2300-000 | | 3.78 | 3,997.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 3,997.27 |
| 07/08/10 | {16} | DENNIS OR CONSTANCE MOOTREY | PAYMENT ON VEHICLE | 1129-000 | 250.00 | | 4,247.27 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,247.52 |
| 08/09/10 | {16} | Dennis or Constance Mootrey | payment on vehicle | 1129-000 | 250.00 | | 4,497.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,497.78 |
| 09/09/10 | {16} | Dennis or Constance Mootrey | payment on vehicles per Court Order | 1129-000 | 250.00 | | 4,747.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,747.81 |
| 10/12/10 | {16} | Dennis or Constance Mootrey | payment on truck | 1129-000 | 250.00 | | 4,997.81 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,997.84 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,997.87 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,997.91 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,997.95 |
| 02/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 4,997.97 |
| 02/21/11 | | To Account #9200******9566 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 4,997.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,001.75 | 5,001.75 | $0.00 |
| | | | Less: Bank Transfers | | 3,250.44 | 4,997.97 | |
| | | | **Subtotal** | | 1,751.31 | 3.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,751.31** | **$3.78** | |

{} Asset reference(s)     Printed: 07/05/2011 10:01 AM  V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73759 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOOTREY, DENNIS C | | Bank Name: | The Bank of New York Mellon |
| | MOOTREY, CONSTANCE M | | Account: | 9200-******95-66 - Checking Account |
| Taxpayer ID #: | **-***9222 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/21/11 | | From Account #9200******9565 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 4,997.97 | | 4,997.97 |
| 04/13/11 | 101 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $1,050.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,050.00 | 3,947.97 |
| 04/13/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,250.18, Trustee Compensation; Reference: | 2100-000 | | 1,250.18 | 2,697.79 |
| 04/13/11 | 103 | Lundholm Surgical Group | Dividend paid 5.26% on $713.60; Claim# 2; Filed: $713.60; Reference: | 7100-000 | | 37.55 | 2,660.24 |
| 04/13/11 | 104 | Chase Bank USA, N.A. | Dividend paid 5.26% on $857.58; Claim# 5; Filed: $857.58; Reference: | 7100-000 | | 45.13 | 2,615.11 |
| 04/13/11 | 105 | Us Dept Of Education | Dividend paid 5.26% on $5,438.19; Claim# 6; Filed: $5,438.19; Reference: | 7100-000 | | 286.15 | 2,328.96 |
| 04/13/11 | 106 | Wells Fargo Financial Illinois, Inc. | Dividend paid 5.26% on $703.00; Claim# 7; Filed: $703.00; Reference: | 7100-000 | | 36.99 | 2,291.97 |
| 04/13/11 | 107 | Us Bank/na Nd | Dividend paid 5.26% on $7,730.63; Claim# 8; Filed: $7,730.63; Reference: | 7100-000 | | 406.78 | 1,885.19 |
| 04/13/11 | 108 | PNC Bank | Dividend paid 5.26% on $9,296.28; Claim# 11; Filed: $9,296.28; Reference: | 7100-000 | | 489.16 | 1,396.03 |
| 04/13/11 | 109 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 5.26% on $1,935.22; Claim# 12; Filed: $1,935.22; Reference: | 7100-000 | | 101.83 | 1,294.20 |
| 04/13/11 | 110 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 5.26% on $779.82; Claim# 13; Filed: $779.82; Reference: | 7100-000 | | 41.03 | 1,253.17 |
| 04/13/11 | 111 | PRA Receivables Management, LLC | Dividend paid 5.26% on $11,630.64; Claim# 14; Filed: $11,630.64; Reference: | 7100-000 | | 612.00 | 641.17 |
| 04/13/11 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 4.63 | 636.54 |
| 04/13/11 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Combined Check for Claims#9,10 | | | 500.05 | 136.49 |
| | | | Dividend paid 5.26% on $3,541.09; Claim# 9; Filed: $3,541.09 | 186.33 7100-000 | | | 136.49 |
| | | | Dividend paid 5.26% on $5,962.02; Claim# 10; Filed: $5,962.02 | 313.72 7100-000 | | | 136.49 |
| 04/13/11 | 114 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#3,4 | | | 136.49 | 0.00 |
| | | | Dividend paid 5.26% on $280.05; Claim# 3; Filed: $280.05 | 14.74 7100-000 | | | 0.00 |
| | | | Dividend paid 5.26% on $2,313.88; Claim# 4; | 121.75 7100-000 | | | 0.00 |

Subtotals :     $4,997.97     $4,997.97

{} Asset reference(s)                                             Printed: 07/05/2011 10:01 AM    V.12.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-73759 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOOTREY, DENNIS C | | Bank Name: | The Bank of New York Mellon |
| | MOOTREY, CONSTANCE M | | Account: | 9200-******95-66 - Checking Account |
| Taxpayer ID #: | **-***9222 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2,313.88 | | | | |
| | | | ACCOUNT TOTALS | | 4,997.97 | 4,997.97 | $0.00 |
| | | | Less: Bank Transfers | | 4,997.97 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,997.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,997.97 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-******95-65 | 3,250.44 | 0.00 | 0.00 |
| MMA # 9200-******95-65 | 1,751.31 | 3.78 | 0.00 |
| Checking # 9200-******95-66 | 0.00 | 4,997.97 | 0.00 |
| | $5,001.75 | $5,001.75 | $0.00 |